FILED
FEB 1 2 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:08cr23-WHA |
| v. ) | [21 U.S.C. § 841(a)(1)] |
| ) | |
| PATRICK GUILFORD ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 28th day of January, 2006, in Russell County, within the Middle District of Alabama, the defendant,

PATRICK GUILFORD,

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as "crack cocaine," and a mixture and substance containing a detectable amount of cocaine hydrochloride, more commonly referred to as "cocaine powder," both being Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
A. CLARK MORRIS
Assistant United States Attorney