# U.S. District Court [LIVE AREA]
# Georgia Middle District (Columbus)
## CRIMINAL DOCKET FOR CASE #: 4:08-mj-00097-GMF All Defendants
### Internal Use Only

Case title: U.S.A. v. Guilford

Date Filed: 05/08/2008

Assigned to: U.S. Mag. Judge G. Mallon Faircloth

**Defendant (1)**

Patrick Guilford     represented by    **Stephen R. Glassroth**
Federal Defenders of the MD GA
Suite 400
440 Martin Luther King, Jr. Blvd.
Macon, GA 31201
478-743-4747
Fax: 478-207-3419
Email: steve_glassroth@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**     **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**     **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**     **Disposition**
21:841A=CD.F POSSESSION WITH
INTENT TO DISTRIBUTE - Crack
Cocaine

**Plaintiff**

| | | |
|---|---|---|
| U.S.A. | represented by | **Brendan F. Flanagan**<br>P.O. Box 2568<br>Columbus, GA 31902-2568<br>706-649-7700<br>Email: brendan.flanagan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Melvin E. Hyde, Jr.**<br>P.O. Box 2568<br>Columbus, GA 31902-2568<br>706-649-7700<br>Email: melvin.e.hyde@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2008 | 1 | Rule 32.1 Documents Received as to Patrick Guilford (tls) (Entered: 05/08/2008) |
| 05/08/2008 | | Minute Entry for proceedings held before U.S. Mag. Judge G. Mallon Faircloth:Attorney Appointment Hearing as to Patrick Guilford held on 5/8/2008 (tls) (Entered: 05/08/2008) |
| 05/08/2008 | 2 | CJA 23 Financial Affidavit by Patrick Guilford (tls) (Entered: 05/08/2008) |
| 05/08/2008 | 3 | Order appointing the Federal Defender to represent Patrick Guilford. Ordered by U.S. Mag. Judge G. Mallon Faircloth on 5/8/08. (tls) (Entered: 05/08/2008) |
| 05/08/2008 | 4 | NOTICE OF HEARING as to Patrick Guilford. Initial Appearance - Rule 32.1 set for 5/9/2008 10:00 AM in Columbus before U.S. Mag. Judge G. Mallon Faircloth. (tls) (Entered: 05/08/2008) |
| 05/09/2008 | | Arrest (Rule 32.1) of Patrick Guilford (tls) (Entered: 05/09/2008) |
| 05/09/2008 | 5 | Minute Entry for proceedings held before U.S. Mag. Judge G. Mallon Faircloth:Initial Appearance in Rule 5 Proceedings as to Patrick Guilford held on 5/9/2008, Detention Hearing as to Patrick Guilford held on 5/9/2008 (Tape #050908GMF.) (tls) (Entered: 05/09/2008) |
| 05/09/2008 | 6 | WAIVER of Rule 32.1 Hearings by Patrick Guilford (tls) (Entered: 05/09/2008) |
| 05/09/2008 | 7 | ORDER OF TRANSFER/COMMITMENT TO ANOTHER DISTRICT as to Patrick Guilford. Defendant committed to District of Middle District of Alabama.Ordered by U.S. Mag. Judge G. Mallon Faircloth on 5/9/08. (tls) (Entered: 05/09/2008) |

✎ AO 94 (Rev. 8/97) Commitment to Another District                                         A true and correct copy.
                                                                                           GREGORY    D. CLERK
                                                                                           U.S. DISTRICT COURT, MD Ga.
# UNITED STATES DISTRICT COURT                                                             By: _____
                                                                                                Deputy Clerk

|  Middle  | District of | Georgia |
|---|---|---|

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| PATRICK GUILFORD | |

2008 MAY 12 A 10: 14

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| DOCKET NUMBER || MAGISTRATE JUDGE CASE NUMBER ||
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 3:08cr23 - WHA | 4:08-MJ-97-001 (GMF) |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. §   841(a)(1)

**DISTRICT OF OFFENSE**
Middle District of Alabama

**DESCRIPTION OF CHARGES:**

Possession with the Intent to Distribute to wit: Crack Cocaine

**CURRENT BOND STATUS:**

☐ Bail fixed at  $              and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**MIDDLE DISTRICT OF GEORGIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/9/08                                              _____
Date                                                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

PATRICK GUILFORD

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

CASE NUMBER: 4:08-MJ-97-001 (GMF)

CHARGING DISTRICTS
CASE NUMBER:   Middle District of Alabama

I understand that charges are pending in the Middle District of Alabama alleging a violation of  **Pretrial Supervised Release**  and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

(  ) preliminary hearing

(  ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Patrick S. Guilford_
Defendant

_[signature]_
Defense Counsel

5/9/08
Date

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA

# MINUTE SHEET
# OF COURT PROCEEDINGS



Date: 5/9/08

Type of Hearing: Initial Rule 32.1

Judge: G. MALLON FAIRCLOTH

Court Reporter/Tape #:: 050908GMF

Courtroom Deputy: Terrie L. Smith

Interpreter:

*A true and certified copy
This 5/19 , 20 08
GREGORY J. L____ ___D, CLERK
U.S. D____ ___T, MD Ga
By:_____ Clerk*

**Case Number: 4:08-MJ-97-001 (GMF)**

UNITED STATES OF AMERICA
vs.

AUSA: MEL HYDE, BRENDAN FLANAGAN

PATRICK GUILFORD

Counsel: Federal Defender

Agents/Experts in attendance:

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

**I.  INITIAL APPEARANCE/ARRAIGNMENT**

**Court Time for MJSTAR:**

☐ Dft attorney not present

☐ Notice of Estimated Sentencing Guidelines given to counsel or to be e-filed.

☐ Dft advised of charges, rights, and maximum possible penalties.

☐ Notice of court policy re: retained attorneys given to counsel or to be e-filed.

☐ Dft waived formal reading of charges; pled NOT GUILTY in writing

☐ Standard Pre-trial Order given to counsel or to be e-filed

☐ Dft refused to enter plea; NOT GUILTY plea entered by the Court.

☐ Other:

☐ **Initial Appearance Only**
☐ **Arraignment Only**
☐ **Both Initial Appearance and Arraignment**

---

**II.  BOND/DETENTION**                    **Court Time for MJSTAR:** 10 Minutes

☒ **Government Motion for Detention:**     ☐ **Conditions of Release:**          ☐ **Detention Hearing:**
  ☒ Granted   ☐ Denied                     ☐ Standard Conditions                  ☐ Continued to:
  ☐ Order to Follow                        ☐ Bond Supervision                       upon motion of ☐ Govt ☐ Deft
                                           ☐ House Arrest                         ☐ Temporary detention Ordered
☐ Bond set at $                            ☐ Surrender Passport                     pending hearing
  Type: ☐ Own Recognizance                 ☐ No Firearms                          ☐ Detention Ordered pending trial
        ☐ Unsecured                        ☐ Drug Alcohol Testing
        ☐ Fully Secured                    ☐ Electronic Monitoring
        ☐ Secured by   %
                                           ☐ Travel Restricted to:

☐ Other:

## MINUTE SHEET OF COURT PROCEEDINGS (Cont'd)

### Case Number: 4:08-MJ-97-001 (GMF)

| | |
|---|---|
| **III. RULE 5 (40, 32.1) REMOVAL HEARING** | **Court Time for MJSTAR:** 10 Minutes |
| ☒ **Initial Appearance hearing held** (see I. above) | ☐ Dft advised of Rule 20 (FRCrP) provisions |
| ☐ Dft WAIVED removal hearing: | ☐ Bond/Detention Hearing held |
|     ☒ Identity hearing (see II. above) | ☐ Dft ordered removed to: |
|     ☒ WAIVER filed | ☐ Subject to satisfying conditions of release |

Identity: ☐ Established    ☐ NOT established

**Preliminary Hearing:**
- ☐ Requested in this district
    - ☐ Held in this district (see below)
- ☐ Requested in charging district
- ☐ Hearing NOT required

☒ Other: Defendant remanded to custody of USMS, and to be transferred to the Middle District of Alabama.

| | |
|---|---|
| **IV. PRELIMINARY EXAMINATION** | **Court Time for MJSTAR:** |
| ☐ Hearing set for: | ☐ **Hearing held:** May 9, 2008 |
| | ☐ Probable cause found |
| ☐ **Hearing WAIVED** by dft - Waiver filed | ☐ Probable cause NOT found |
| ☐ Other: | |

| | |
|---|---|
| **V. PLEA** | **Court Time for MJSTAR:** |
| ☐ Entered at time of Initial Appearance on | ☐ NOT GUILTY plea entered by dft in writing |
| |     ☐ Jury trial demanded |
| ☐ GUILTY Plea Entered by dft: Right to trial and right to 30 days to prepare for trial WAIVED in writing |     ☐ Jury trial WAIVED |
| |     ☐ Right to 30 days to prepare for trial |
|     ☐ Plea accepted by Court |         ☐ WAIVED    ☐ Demanded |
|     ☐ Dft to furnish background info to USPO | |
|     ☐ Dft to pay MAF of $ | ☐ Plea of NOT GUILTY changed to guilty on: |
|     ☐ Plea NOT accepted by Court | |
| ☐ Other: | |