IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:08cr23-WHA |
| | ) | |
| PATRICK GUILFORD | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on June 30, 2008 before the undersigned Magistrate Judge. Present at this conference were Kevin Butler/Donnie Bethel, counsel for the defendant, and Assistant United States Attorney Clark Morris, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for November 17, 2008 in Opelika, Alabama. The trial of this case is set during the trial term commencing on November 17, 2008 in Opelika, Alabama before Senior United States District Judge W. Harold Albritton, III and is expected to last 2 days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before November 10, 2008. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before November 10, 2008. Motions in limine must be accompanied by a brief. Failure to file a brief

       will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before November 10, 2008.

6. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on November 5, 2008 . The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on November 17, 2008 in Opelika, Alabama. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on November 17, 2008 in Opelika, Alabama, as to all defendants, even though a particular guilty plea was not accepted by the court.

7. This case is set for a final pretrial conference on October 29, 2008 at 3:00 p.m. in Courtroom 5B.

DONE, this 2nd day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

Case 3:08-cr-00023-WHA-SRW   Document 15   Filed 07/02/2008   Page 3 of 3